# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO

United States of America,                    )        Case No. CR _3-12-71000 MAG_

       _Plaintiff,_                               )        STIPULATED ORDER EXCLUDING TIME

       v.                                        )        UNDER THE SPEEDY TRIAL ACT

JOHN PANELLI                                  )

       _Defendant._                              )

**FILED**

NOV 8 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

For the reasons stated by the parties on the record on _Nov. 8_____, 2012, the Court excludes time under the Speedy Trial Act from _Nov. 8_____, 2012 to _Jan 30_____, 2013 and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. _See_ 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

\_\_\_\_    Failure to grant a continuance would be likely to result in a miscarriage of justice. _See_ 18 U.S.C. § 3161(h)(7)(B)(i).

✓    The case is so unusual or so complex, due to [_check applicable reasons_] \_\_\_\_ the number of defendants, \_\_\_\_\_ the nature of the prosecution, or \_\_\_\_\_ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. _See_ 18 U.S.C. § 3161(h)(7)(B)(ii).

\_\_\_\_    Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. _See_ 18 U.S.C. § 3161(h)(7)(B)(iv).

\_\_\_\_    Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. _See_ 18 U.S.C. § 3161(h)(7)(B)(iv).

\_\_\_\_    Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. _See_ 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: _11/8/12_

_____
LAUREL BEELER
United States Magistrate Judge

STIPULATED: _____
    Attorney for Defendant

_____
Assistant United States Attorney

The court finds
Good cause for extending time for t/x under Rule 5.1.