DOUGLAS I. HORNGRAD
Attorney at Law
California State Bar No. 95086
1736 Stockton Street
Maybeck Building Four
San Francisco, California 94133
Telephone: (415) 397-9509
Facsimile: (415) 397-9519

Attorney for Defendant
JOHN PANELLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: CR 3:12-mj-71000-MAG |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER RE CONDITIONS OF RELEASE** |
| JOHN PANELLI, | |
| Defendants. | |

THE PARTIES HEREBY STIPULATE AND RESPECTFULLY request that Mr. Panelli's pretrial release be modified as set forth below.

On December 24, 2012, having completed a 90 day program, Mr. Panelli will be released from the New Bridge residential treatment program to the care of his mother, Marty Panelli, who will take him directly to the San Francisco office of Leaders in Community Alternatives, Inc. (LCA), a company that administers home detention programs. LCA will install an ankle bracelet and will monitor Mr. Panelli's home confinement. That confinement will be at his mother's residence, located at 18 Channel Drive, Corte Madera, CA 94925. Mr. Panelli will be solely responsible for LCA's fees.

On December 26, 2012, Mrs. Panelli will take Mr. Panelli to LCA in San Francisco, where the bracelet will be removed. Mr. Panelli will then go directly to Pretrial Services and be placed on their monitoring program. Mr. Panelli must bring with him proof provided by

LCA that he was on home detention with LCA from December 24, 2012 to December 26. 2012. After the transfer from LCA to Pretrial Services is complete Mrs. Panelli will take Mr. Panelli back to her residence where the home detention will continue.

LCA will report any program violation to San Francisco Pretrial Services. Counsel for Mr. Panelli has spoken with LCA and they informed counsel that the forgoing arrangement is agreeable with LCA. LCA further stated that Mr. Panelli has been pre-approved for their services.

The defendant shall reside at 18 Channel Drive, Corte Madera, CA 94925 with his mother, and not change his address without prior approval from Pretrial Services. Additionally, he shall be subject to electronic monitoring and pay for any associated costs. Mr. Panelli shall not leave his mother's residence except for the purpose of medical, legal/court, and treatment purposes as approved by Pretrial Services. All other previous conditions to remain in effect.

Counsel for Mr. Panelli has provided a copy of this Proposed Stipulation and Order to Pretrial Services and they stated that their agency is in agreement with the terms.

Date: 12/20/12         /s/ Douglas Horngrad
                       DOUGLAS I. HORNGRAD
                       Attorney for JOHN PANELLI

Date: 12/20/12         /s/ With Consent
                       ANDREW CAPUTO
                       Assistant United States Attorney

## [~~PROPOSED~~] ORDER

**IT IS SO ORDERED.**

Date: December 20, 2012         _____
                                **HONORABLE JACQUELINE SCOTT CORLEY**
                                **UNITED STATES MAGISTRATE JUDGE**