DOUGLAS I. HORNGRAD
Attorney at Law
California State Bar No. 95086
1736 Stockton Street
Maybeck Building Four
San Francisco, California 94133
Telephone: (415) 397-9509
Facsimile: (415) 397-9519

Attorney for Defendant
JOHN PANELLI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: CR 3:12-mj-71000-MAG |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| | **ORDER RESCHEDULING** |
| v. | **PARTIES' APPEARANCE AND** |
| | **EXCLUDING TIME UNDER** |
| JOHN PANELLI, | **SPEEDY TRIAL ACT** |
| Defendants. / | |

THE PARTIES HEREBY STIPULATE AND RESPECTFULLY request that Mr. Panelli's January 30, 2013, 9:30 a.m. court appearance be vacated and reset for March 21, 2013, at ~~10:00 a.m.~~ 9:30 a.m. This request is made on the grounds that counsel for Mr. Panelli will be engaged in a no time waiver jury trial in the San Francisco Superior Court on January 30, 2013. The request is also made to afford counsel further time to prepare and confer. The parties further stipulate and request that the Court order that time for the preliminary hearing be waived under Rule 5.1 and that time be excluded under the Speedy Trial Act from January 30, 2013, to March 21, 2013, for effective preparation of defense counsel (18 U.S.C. § 3161(h)(7)(B)(iv)) and further find that the ends of justice served by excluding the period from January 30, 2013, to March 21, 2013, outweigh the best interest of the public and

//

//

the defendant in a speedy trial (18 U.S.C. § 3161(h)(7)(A)).

Date: January 29, 2013                                /s/ Douglas Horngrad
                                                     DOUGLAS I. HORNGRAD
                                                     Attorney for JOHN PANELLI


Date: January 29, 2013                                /s/ With Consent
                                                     CAROLYN SILANE
                                                     Assistant United States Attorney


                          **[PROPOSED] ORDER**


   **IT IS SO ORDERED.**


Date: January 29, 2013        _____
                              **HONORABLE LAUREL BEELER**
                              **UNITED STATES MAGISTRATE JUDGE**